1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SALVATORE CARMELO MAGGIO,

11          Petitioner,                    2: 09 - cv - 1606 - LKK TJB

12      vs.

13   KATHLEEN DICKINSON,

14          Respondent.              ORDER

15   _____/

16        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  In one of his claims Petitioner argues that he was unable to

18   testify on his own behalf at trial due to his metal condition, thereby violating his Constitutional

19   rights.  Respondent answered the petition on January 21, 2010 and lodged several documents

20   including the Clerk's Transcript.  The California Court of Appeal's decision and the petition both

21   cite to the reports of Dr. Warburton and Dr. Hoffman regarding Petitioner's competency to stand

22   trial.  However, these two reports were omitted from Respondent's lodged documents.  (See

23   Clerk's Tr. at p. 57-74.)

24        Accordingly, IT IS HEREBY ORDERED that Respondent shall file the reports of Dr.

25   Warburton and Dr. Hoffman as indicated in the Clerk's Transcript on p. 57-74 within seven (7)

26   days of this Order.

1

1  DATED:  May 24, 2011

2

3

4                                    TIMOTHY J BOMMER
                                     UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26