IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVATORE CARMELO MAGGIO,

    Petitioner,                   2: 09 - cv - 1606 - LKK TJB

    vs.

KATHLEEN DICKINSON,

    Respondent.                <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 13, 2011, Respondent's request to file the reports of Dr. Warburton and Dr. Hoffman under seal was granted. Respondent was given until July 27, 2011 to file these documents under seal. Pursuant to Local Rule 141(e)(2)(i):

> If the requesting party is authorized to file electronically, then counsel for the requesting party shall either e-mail to the Clerk, at the e-mail address for sealed documents listed on the Court's website, an electronic copy of the documents covered by the sealing order, in .pdf format as an attachment, or submit to the Clerk by hand-delivery, U.S. mail, or same-day or overnight courier, a CD containing a copy of the documents in .pdf format. If submitted by email, the subject line of the e-mail shall include the case number and the body of the e-mail shall identify the order authorizing the sealing of the attached documents. If submitted by hand, U.S. mail, or courier, the envelope containing the CD shall

1

1  state in a prominent manner:  "Sealed Documents" and shall
2  identify the order authorizing sealing.  The Clerk will file the
   documents under seal and will then return to the submitting party
3  any documents submitted by hand, U.S. mail, or courier and any
   CD.

4      To date, Respondent has not complied with Local Rule 141(e)(2)(i).  Accordingly,

5  Respondent is hereby ORDERED TO SHOW CAUSE by August 2, 2011 why she has failed to

6  comply with Local Rule 141(e)(2)(i) or shall comply with Local Rule 141(e)(2)(i) by August 2,

7  2011.

8  DATED:  July 28, 2011

                          TIMOTHY J BOMMER
                          UNITED STATES MAGISTRATE JUDGE